**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DEDRA CHILDERS, as assignee of CRS
HEATING & AIR, INC.,

      Plaintiff,

      v.

REGIONS INSURANCE, INC.; and
MCGRIFF INSURANCE SERVICES, LLC,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-115

**O R D E R**

Plaintiff filed this case in the Superior Court of Chatham County, and it was subsequently removed to this Court.  (See doc. 1.)  Presently before the Court is Plaintiff's Notice of Voluntary Dismissal, in which she states her intent to dismiss this case without prejudice.  (Doc. 12.)  Neither Defendant has filed an answer or a motion for summary judgment.   Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, (docs. 9 & 11), and **CLOSE** this case.

      **SO ORDERED**, this 5th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA